### 17596.  JONES *v.* WARLICK.

STEPHENS, J.  The magistrate, whose decision in this case is sought to be reviewed in a petition for certiorari, not having been served with the petition within the legally required time, and not having made

Certiorari, 11 C. J. p. 185, n. 89; p. 186, n. 90; p. 192, n. 21.

answer thereto, and it not appearing that the failure to serve the magistrate was due to no fault or negligence on the part of the plaintiff in certiorari, the judge of the superior court did not err in overruling the motion made by the plaintiff in certiorari to be permitted to perfect service upon the magistrate, and did not err in sustaining the motion of the defendant in certiorari to dismiss the petition. *Zachery* v. *State*, 106 *Ga.* 123 (32 S. E. 22) ; *Ryals* v. *County Commissioners of Tattnall County*, 12 *Ga. App.* 221 (77 S. E. 8).

Judgment affirmed. *Jenkins, P. J., and Bell, J., concur.*

DECIDED JULY 13, 1927.

Certiorari ; from Floyd superior court—Judge Maddox.    June 5, 1926.

*Henry Walker,* for plaintiff.    *Porter & Mebane,* for defendant.